

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on May 12, 2022. After the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is granted. We caution Appellant that any further motion for extension of time to file the brief may be disfavored.

Appellant's brief is due on July 11, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court